*E-Filed: October 23, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHUN HUA JIANG,<br><br>    Plaintiff,<br>  v.<br><br>GUAN DONG HOUSE, INC.; et al.,<br><br>    Defendants.<br>_____/ | No. C14-04253 HRL<br><br>**ORDER SETTING HEARING ON MELINDA MENGQIU ZHANG'S MOTION TO DISMISS**<br><br>**ORDER RE: DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

On October 20, 2014, pro se defendant Melinda Mengqiu Zhang filed a motion to dismiss. Dkt. No. 8. Zhang did not notice a hearing for this motion. Zhang's motion to dismiss is set for a hearing on December 9, 2014, at 10:00 a.m. in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113.

The parties are reminded that this civil case has been randomly assigned to a magistrate judge for all purposes including trial. Accordingly, all parties who have not yet done so shall, **no later than November 6, 2014**, file either (1) a Consent to Proceed before a United States Magistrate Judge or (2) a Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge. *See* N.D. Cal. Civ. R. 73-1. The consent and declination forms are

///

///

1  available at the Clerk's Office and may also be obtained from the court's website at
2  http://www.cand.uscourts.gov.
3  **IT IS SO ORDERED.**
4  Dated:  October 23, 2014

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C14-04253 HRL Notice will be electronically mailed to:**

Michael David Lee     Michael.Lee@Lee-Li.com

Xiaoyong X L Lai     gagelegal@gmail.com

**C14-04253 HRL Notice will be mailed to:**

Melinda Mengqiu Zhang
1046 West Taylor Street
Suite 208
San Jose, CA 95126

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**